Bron E. D'Angelo, Esq. (SBN 246819)
Sean N. Costa, Esq. (SBN 347439)
**Burger | Meyer** LLP
999 Corporate Drive, Suite 220
Ladera Ranch, CA 92694
Telephone:   (949) 427-1888
Facsimile:    (949) 427-1889
Email: bdangelo@burgermeyer.com
           scosta@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peggy Flemming,<br><br>             Plaintiff,<br><br>      vs.<br><br>Walmart Inc. and DOES 1 to 100 inclusive,<br><br>             Defendant. | Case No: 5:24-cv-00056-JGB-DTB<br>Judge: Jesus G. Bernal<br>Crtrm:1<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:  December 4, 2023<br>Trial Date: May 6, 2025 |

**TO THE COURT:**

  PLEASE TAKE NOTICE THAT Plaintiff PEGGY FLEMMING and Defendant WALMART, INC., have settled this matter in all respects as of March 31, 2025. The settlement agreement and release have been finalized and signed and the check request has been processed. Defendant is awaiting the settlement check from their client and it will immediately be forwarded to Plaintiff attorney's office.

  Pursuant to the above, the parties are requesting that the Final Pre-trial Conference set for Monday, April 21st be vacated.

| | | |
|---|---|---|
| Dated: April 17, 2025 | | LAW OFFICES OF ANDRES ZEYTUNTSYAN, PC |
| | | */s/ Svetlana Darbinyan* |
| | | Svetlana Darbinyan, Esq.<br>Attorney for Plaintiff<br>PEGGY FLEMMING |
| DATED: April 17, 2025 | | **BURGER, MEYER & D'ANGELO, LLP** |
| | | */s/ Sean N. Costa* |
| | | Bron E. D'Angelo, Esq.<br>Sean N. Costa, Esq.<br>Attorneys for Defendant<br>WALMART INC. |

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 999 Corporate Drive, Suite 220, Ladera Ranch, California.

On April 17, 2025, I served the within document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as stated on the attached mailing list.

| | |
|---|---|
| Svetlana Darbinyan, Esq.<br>LAW OFFICES OF ANDRES ZEYTUNTSYAN, PC<br>1306 W. Magnolia Blvd.<br>Burbank, CA 91506 | Attorneys for Plaintiff<br>PEGGY FLEMMING<br><br>T:  (323) 882-6500<br>F:  (800) 506-7176<br>E:<br>lana@a2zlegal.com<br>artak@a2zlegal.com<br>nar@a2zlegal.com<br>adriana@a2zlegal.com |

[ ]   **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address nsebreros@burgermeyer.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2025, at Ladera Ranch, California.

Nicole Sebreros