1 | ANDREW ZEYTUNTSYAN (SBN 246616)
2 | SVETLANA DARBINYAN (SBN (314478)
  | **LAW OFFICES OF ANDRES ZEYTUNTSYAN, PC**
3 | 1306 W. Magnolia Blvd.
4 | Burbank, CA 91506
  | Tel: (323) 882-6500 | Fax: (800) 506-7176
5 | Email: Andrew@a2zlegal.com
6 | Email: lana@a2zlegal.com

7 | *Attorney for Plaintiff*
8 | *Peggy Flemming*

9 | Bron E. D'Angelo, Esq. (SBN 246819)
10 | BURGER, MEYER & D'ANGELO, LLP
11 | 999 Corporate Drive, Suite 220
   | Ladera Ranch, CA 92694
12 | Telephone: (949) 427-1888 | Facsimile: (949) 427-1889
13 | Email:bdangelo@burgermeyer.com
   | Email: scosta@burgermeyer.com
14 |
15 | *Attorneys for Defendant*
   | *WALMART INC.*

16 | UNITED STATES DISTRICT COURT
17 | CENTRAL DISTRICT OF CALIFORNIA
18 |

| | |
|---|---|
| Peggy Flemming an individual, | Case No. 5:24-cv-00056-JGB-DTB |
| Plaintiff, | *Judge: Jesus G. Bernal* |
| v. | **JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION** |
| Walmart Inc. and DOES 1 to 25, inclusive, | |
| Defendants. | |

26 |     TO THE HONORABLE JESUS G. BERNAL, UNITED STATES
27 | DISTRICT COURT JUDGE:
28 |

1    IT IS HEREBY STIPULATED, by and between Plaintiff PEGGY

2    FLEMMING, and Defendants WALMART INC. that the Complaint filed by

3    Plaintiff Peggy Flemming is dismissed with prejudice, following the Mediation

4    held on March 31 2025, with all parties to bear their own attorney's fees and costs.

5

6

7

8    DATED: April 30, 2025        LAW OFFICES OF A. ANDREW
                                  ZEYTUNTSYAN
9

10

11                               By:_____

12                                   Svetlana Darbinyan
                                     Attorneys for Plaintiff
13                                   Peggy Flemming

14

15

16   DATED: April 30, 2025        BURGER, MEYER & D'ANGELO, LLP

17

18                               By: _____

19                                   Bron N. D'Angelo
                                     Attorney for Defendant,
20                                   Walmart Inc.

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION