1  ANDREW ZEYTUNTSYAN (SBN 246616)
2  SVETLANA DARBINYAN (SBN (314478)
   **LAW OFFICES OF ANDRES ZEYTUNTSYAN, PC**
3  1306 W. Magnolia Blvd.
4  Burbank, CA 91506
   Tel: (323) 882-6500 | Fax: (800) 506-7176
5  Email: Andrew@a2zlegal.com; Lana@a2zlegal.com
6
7  Attorney for Plaintiff
   PEGGY FLEMMING
8
9  **Bron E. D'Angelo, Esq. (SBN 246819)**
   **Sean N. Costa, Esq. (SBN 347439)**
10 **BURGER, MEYER & D'ANGELO, LLP**
11 999 Corporate Drive, Suite 220
   Ladera Ranch, CA 92694
12 Telephone: (949) 427-1888
13 Facsimile: (949) 427-1889
   Email: bdangelo@burgermeyer.com; scosta@burgermeyer.com
14
15 Attorneys for Defendant
   WALMART INC.
16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY FLEMMING | Case No. 5:24-cv-00056-JGB-DTB |
| Plaintiff, | *[Assigned to District Judge JESUS G. BERNAL]* |
| vs. | **[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF ENTIRE ACTION** |
| WALMART, INC.; and DOES 1-25, | |
| Defendants. | |

//

- 1 -
**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO AMEND CIVIL TRIAL ORDER**

# [PROPOSED] ORDER

The Court, for good cause, grants the Stipulation by parties and hereby dismisses with prejudice the Complaint filed by Plaintiff Peggy Flemming.

IT IS SO ORDERED this __19th__ day of __May__ 2025

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE